UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*, <br><br> Plaintiffs, <br> v. <br> D.J. MECHANICAL, INC., <br><br> Defendant, <br> v. <br> MIKE WERLECH CONSTRUCTION, INC., <br><br> Garnishee. | Case No. MC19-0071RSL <br><br> ORDER TO ISSUE <br> WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Amended Applicant Affidavit for Writ of Garnishment" for property in which the defendant/judgment debtor, D.J. Mechanical, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Mike Werlech Construction, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on June 26, 2019, at Dkt. # 3.

Dated this 11th day of July, 2019.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE
WRIT OF GARNISHMENT