**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D.J. MECHANICAL, INC.,<br><br>Defendant,<br><br>and<br><br>MIKE WERLECH CONSTRUCTION, INC.,<br><br>Garnishee. | No. 2:19-mc-00071 RSL<br><br>ORDER DIRECTING CLERK TO ENTER AMENDED JUDGMENT |

**Judgment Summary**

| Judgment Creditor | Northwest Sheet Metal Workers Organizational Trust, et al. | |
|---|---|---|
| Judgment Debtor | D.J. Mechanical, Inc.<br>5719 119th Ave, NE<br>Lake Stevens, WA 98258 | D.J. Mechanical, Inc.<br>PO Box 192<br>Cheney, WA 99004 |
| Garnishment Judgment Amount | $14,611.30 | |
| Garnishment Judgment Debtor | Mike Werlech Construction, Inc.<br>1701 SW 112th St./PO Box 46579<br>Seattle, WA 98146 | |

ORDER DIRECTING CLERK TO ENTER AMENDED
JUDGMENT - Page 1

| Attorney for Judgment Creditor | Noah T. Barish<br>McKanna Bishop Joffe, LLP<br>1635 NW Johnson St<br>Portland, OR 97209<br>503-821-0960<br>nbarish@mbjlaw.com |
|---|---|

IT APPEARING THAT Garnishee was indebted to Defendant in the nonexempt amount of **$14,611.30**; that at the time the writ of garnishment was issued Defendant was employed by or maintained a financial institution account with Garnishee, or Garnishee had in its possession or control funds, personal property, or effects of Defendant; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee in the amount of **$14,611.30** and the Clerk of Court shall enter an appropriate amended judgment. Garnishee shall pay its judgment amount to **Northwest Sheet Metal Workers Trust Funds**. Any payment directed to Plaintiff shall be mailed to counsel for Plaintiffs as follows:

> Noah T. Barish
> McKanna Bishop Joffe, LLP
> 1635 NW Johnson St
> Portland, OR 97209

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 13th day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:
Noah T. Barish
McKanna Bishop Joffe, LLP
503-821-0960
nbarish@mbjlaw.com
of Attorneys for Plaintiff

ORDER DIRECTING CLERK TO ENTER AMENDED JUDGMENT - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson St
Portland, OR  97209
Telephone: 503-226-6111 ◆ Facsimile 503-226-6121